United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>JAMESETTA GUY,<br>        Plaintiff. | No. C-13-4968 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

This action was opened on October 25, 2013, when the Court received from Jamesetta Guy a letter concerning her prison conditions. On that date, the Court notified Ms. Guy in writing that her action was deficient in that she had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified her that this action would be dismissed if she did not submit a complaint within twenty-eight days. Ms. Guy did not file a complaint or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: January 29, 2014

_____
EDWARD M. CHEN
United States District Judge